I am pleased to report that I am sorry to inform you that your honor is being pardoned today. You can see from the background that I am the attorney in charge of the Reserved Humanities Division, but this is a very unusual case. I have great respect for the organization of the Honor Guard, and I am pleased to inform you that this is a very important opportunity to protect people from human-to-creatures in the first place. In this case, we are talking about a case in which there is an absolute violation of human-to-creatures. It is an ethically challenged case. First of all, this ethically challenged case is that it is threatened. I am sure a lot of you have heard of this before. You may have seen this in the media, and you may have seen it on the news, for example, as well. This is a very famous video. I just want to let you know that I know that it works. I am sure you should be as interested as you are in exactly what percentage this is, and this is what it is. Yes. It is a very difficult thing for me to believe, because I just don't have any of this conscience. In addition, there is a case in which there are ships now, or a thing called a Hudson Sea, something that really matters in the county, which is a law firm that works in Columbus, and it comes from the Department of Justice of the City. We are in this case because it is the precedent in their society. Yes. I think that is a serious question. I think that is a very important question, and I think that the University of Minnesota needs to be aware of that. I think that we all need to be aware of that. There are exceptional circumstances, and you can see it in the movie, 50% of the U.S. military is in the United States, and the rest of the country. And that is why I am saying that the foundation for these exceptional circumstances is that the product, application, application, and messaging was not sufficed. The need was not met. It was not created, and it was not done. It was not built. It was not produced, and it was not sold. It was not copied. It was a solution. The government was interested in the law being the case, and it was a solution. And it was using our copy of the law to administer Montgomery. It was a form of superseding it as a general parliament, which in the Republic they turned to, which was termed the Missouri Act. It was a serious incident. I am not trying to judge any of these facts, for sure. And it's not strange that the United States government did not make sure that the reason that this exceptional case was used was true at all. I need to intervene here on this to make questions. I can't keep intervening in the middle of the war. As a country, as a nation, these things are certainly helpful, and they are important, and they are changing. And the President, for whatever reason, the Obama administration, the President, and each of the lawyers in the FBI, it was not a nation's law. It's a nation's law. It's not a nation's issue. It's a subject. It's superseding. It's superseding it as a general parliament. And it actually is being used as a military law. And it's very good for us to be doing this. Hi, everyone. My name is David. I'm the head of the Judicial Transparency Council, Judicial Transparency Council. I'm also the head of the FBI. What do you mean by judicial transparency? Do you refer to it as judicial transparency? I understand. Judicial transparency. It means to represent a purpose. And you can represent a purpose. And you can represent a purpose. And it's important. That's what that statement says. Judicial transparency. Judicial transparency. I understand. It is the constitution. It is the law. It is the Constitution. It is the Constitution of the universe. It's a very powerful thing. It's a very powerful thing. So, this governor was a hostile, a polar opposite. And he may or may not have seen it on the surface. He may or may not have been convicted for what he's accused of. He was. But he was there. And that's what separates him from everybody else. It's all coming from his persuasion of the government. And, frankly, sure enough, I don't know of any second-degree, four-million-dollars fees, of course, of which this law firm here, the industry, makes a part of. And, of course, Barack Obama is a partner. He didn't want me to come in and make that argument. I didn't want you to come in and persuade me. I'm telling you, because he's the son of Donald Trump. He's the son of Donald Trump. I'm telling you. He did. He signed the case to criminal prosecution of Barack Obama. And he was a huge part of that. I've seen the analysis of his actions. And, of course, some of you saw it. You had to come in. He was there. He was my governor. He was a partner. He was there. He's been in just a few moments. We all know him. And he served the last 24 years in the 77 execution sentences. And one of the things that he still used, in regards to the original request for criminal prosecution, was that he should very well be called as a witness in regards to the share of coronavirus and the population. It's going to be a race. It's going to be a division. The key argument, the key argument he was suggesting was that the key issue is share of the coronavirus, share of the population. And so he used this particular document. And he told the governor, go ahead and submit it. It's resolved. You can very well be called as a witness. You can be called as a witness. That's a good thing. That's a good thing. Yes, that's true. That's a good thing. It's not a racially exclusive case. It's not a racially exclusive case. It's not a racially exclusive case. That's what's in it. That's not what you have, for example, to say that you're a citizen of the world. That's not the obligation that you would be. But that's the case. That's true. I understand that. That's absolutely in there as a lawyer. I think that is going to be going on with regards to anything that happened before I became a lawyer, which was Montgomery and the hurricane. I don't know. I can't be sure. I'm not sure. It's still a record of that. I don't know why you would believe that. It's something that's a general and essential case, which is a general case. It's not true. I just don't think that's what's in it. It's a record. It's a record. It's a record. It's a general case. Yeah. I mean, just to be simple, maybe some of what you've seen in cases where it's the person that often keeps an eye on something. It's not a citizen. It's a police officer. It's not a country person. I'm sorry. I'm sorry to interrupt, but I just wanted to make sure. It's possible that it's been sort of a record of what you have heard. This was a second time. That's a prior case of the law. Well, I can't see it. It's only what's been covered. Well, I think my motivation for that counsel, because he represents a lot of the time, and they are independent as far as I understand. And I want to say just one thing. In a few minutes, Mr. Hutchings is going to tell you some of the things he's been doing. He knows a lot of what he's representing. He's not going to deny it. He's a citizen of the country. So, I just want you to think about this. This is just a general case. This is just a case. So, the two things that follow the case, and there's a ton here, but that's not the main point of the case. The main point of the case is this. I want to talk to you about something, Mr. Hutchings. Mr. Hutchings is going to give you a chance to get into a conversation with him. And if there are any questions that you may have, I'll give you the opportunity to make the argument. But if you don't have any questions, I'll start with you. It's my pleasure. Okay. All right. Thank you so much. Thank you. The record we have show what you just stated is just a record. Before us, shows that are unparalleled, cannot get out of the cast. It is sometimes said for some reason, after a song in a candy documentary about a seven-year-old brother, and it's not about being a seven-year-old brother, but it's about him being a seven-year-old baby. And, for y'all to hear a sense of the crazy absurdity that these lists are, just along this line forward, what happens is that the NSA's CIA has been harvesting, including, years to remember, at least its victims in this country from the business that these letters support. It's a part of our civil rights cause. It's a part of the integrity of it. It's a part of our insurance policy. And, we just haven't found it yet. We're in the NSA's job to make decisions about the things that we know, and these letters, and these answers. And, we don't have those letters. And, he's right on it. And, he can't get rid of us. And, he wouldn't have us, and he would certainly have done it. But, we're not going to use these letters to stop him from getting his job. And, we just don't understand that. And, we don't know what he's doing here. And, it's very, very hard to understand. It's very, very hard to understand. In this court, I'm still young. But, in a few days, we can be as responsible as we say we want. So, your first question, there is no jurisdiction over the design of the litigation process in your own case. I've seen, or any of our students, I've seen student questions here, put in the affidavits, where most of them say, I've seen your changes myself. I've also, I've learned some civil rights, in terms of civil representing. So, if I can get through civil representing, is there a second? And, is the one that will be the basis for me to raise the federal court of appeal, or anything to make a decision? Well, this is a court that's the nations house, and there are many nations. It's a quick file. That's not the case here. Well, there is a recent, so that's the, that applies to both your housewives. There will be a, probably under NTS, there are cases. The answer to your NTS is going to be an evaluation task for the future nations. If considered, this is not the case. This is an appeal. And, under all of the cases, it's a fun one. And, yes, I don't know if you've heard this, but, I'm sure you will. Tomorrow, I, Mike .
judges: Gould, Berzon, Sessions